

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert V. Tuzon,<br>　　　Plaintiff,<br>　　v.<br>Cristy Blake, et. al.,<br>　　　Defendants. | CV 04-1272-PHX-PGR (LOA)<br><br>**O R D E R** |

  Plaintiff Robert V. Tuzon, confined in the Arizona State Prison Complex in Buckeye, Arizona, was directed to file a signed and certified Application To Proceed In Forma Pauperis and an Inmate Trust Account Statement and an Amended Complaint on the court-approved form, pursuant to the Court's June 30, 2004 order (Doc. #3).

  Plaintiff has paid the $150 filing fee. However, Plaintiff has not submitted an Amended Complaint on the court-approved form, as required by Rule 3.1(a) of the Local Rules of Practice. Accordingly, Plaintiff will be granted thirty (30) days within which to submit to the Court an Amended Complaint on the court-approved form.

  Finally, Plaintiff is warned that failure to timely comply with every provision of this Order, or any order entered in this matter, will result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See Ferdik v. Bonzelet, 963 F.2d 1258 (9th Cir.) (district court may dismiss action for failure to comply with any order of the court), cert. denied, 506 U.S. 915 (1992).

**IT IS THEREFORE ORDERED:**

(1) That Plaintiff shall have 30 days from the date this Order is filed to amend his Complaint to state specific allegations of deprivation of constitutional rights against proper defendant(s), to name as defendant(s) the individual(s) who participated in the activities alleged in his pleading, and to state what injury, if any, he has suffered as a result of the activities of the defendant(s). The Amended Complaint must be retyped or rewritten in its entirety on a court-approved form and may not incorporate any part of the original Complaint by reference. Any Amended Complaint submitted by Plaintiff should be clearly designated as such on the face of the document;

(2) That the Clerk of Court is directed to enter a judgment of dismissal without prejudice and without further notice to Plaintiff, if Plaintiff fails to file an Amended Complaint within 30 days from the date of this Order is entered;

(3) That at all times during the pendency of this action, Plaintiff shall immediately advise the Court of any change of address and its effective date. Such notice shall be captioned "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information pertaining to the change of address and its effective date. The notice shall not include any motions for any other relief. Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure;

(4) That a clear, legible copy of every pleading or other document filed shall accompany each original pleading or other document filed with the Clerk for use by the District Judge or Magistrate Judge to whom the case is assigned. See Rule 1.9(f), Rules of Practice of the U.S. District Court for the District of Arizona. Failure to comply with this requirement may result in the pleading or document being stricken without further notice to Plaintiff; and

(5) That the Clerk of the Court is directed to provide to Plaintiff a current court-approved form for filing a civil rights complaint pursuant to 1983 and an application to proceed in forma pauperis (non-habeas).

DATED this 15th day of July, 2004.

Paul G. Rosenblatt
United States District Judge