UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

```
FILED ____ LODGED
RECEIVED ____ COPY

MAR 2 5 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

| | |
|---|---|
| ROBERT V. TUZON, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff, ) | CIV 04-1272-PHX-NVW (LOA) |
| ) | |
| v. ) | |
| ) | |
| CRISTY BLAKE, et al., ) | |
| ) | |
| Defendants. ) | |

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's order dated March 25, 2005, the amended complaint and action are dismissed for failure to state a claim pursuant to 28 U.S.C.1915(e)(2)(B)(ii).

RICHARD H. WEARE
District Court
March 25, 2005                                                    Executive/Clerk

By: _____
Deputy Clerk

cc: (all counsel/jgmdrw)